IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO, TEXAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG – 4 2003

CLERK, U.S. DISTRICT COURT
By
Deputy

| | | |
|---|---|---|
| JOSEPH CARTIER, | § | |
|     PETITIONER, | § | CIVIL ACTION |
| VS. | § | |
| | § | NO. 2:03-CV-0088 |
| JANIE COCKRELL, | § | |
|     RESPONDENT. | § | |

PETITIONER'S REPLY TO COCKRELL'S ANSWER

The Respondent has filed her answer and purports that the Petitioner's allegations are conclusionary and unsupported by specifics. The Respondent places the burden on the Petitioner to produce affidavits, etc. The Petitioner responds as follows:

I.

The Petitioner requests that the State Court record be forwarded to the Allred Unit Law Library so that he can review it and respond with specific portions of the record by which to advance his claims.

II.

There can be no failure to exhaust State remedies because Petitioner presented these matters to the State Courts whom failed to allow him to develop his claims. The Supreme Court has concluded that the State cannot prohibit development of factual matters and then hold the Petitioner accountable. [See **Williams v. Taylor**, 120 S.Ct. 1479 (2000)].

III.

On the issue of mitigation instruction, these claims advance that Petitioner's due process rights were deprived and Supreme Court precedant is well developed in this area. **Buchanan v. Angelone,**

1.

118 S.Ct. 757, 762-63 (1998); **Penry v. Lynaugh,** 492 U.S. 302 (1989); **Hitchcock v. Dugger,** 481 U.S. 393 (1987); **Estelle v. McQuire,** 502 U.S. 62 (1991); **Donnelly v. DeChristoforo,** 416 U.S. 637 (1974). Thus these claims are cognizable.

CONCLUSION

The Petitioner requests that the record be forwarded to the Allred Unit for his review and that he be given 45 days to review and answer from the date of receipt of records.  The Petitioner respectfully requests that this request be granted.

Respectfully Submitted,

Joseph Hill Cartier,
Petitioner - Pro se.
TDCJ-ID #919319
James V. Allred Unit
2101 F.M. 369 North
Iowa Park, Texas 76367-6568

2.

CERTIFICATE OF SERVICE

I, Joseph Hill Cartier, Petitioner Pro se, in the above Petitioner's Reply To Cockrell's Answer, do hereby certify that a true and correct copy was served upon the Respondent's Counsel, by placing same in the U.S. Mail depository of the prison institution, postage prepaid, on this 28th day of July, 2003, addressed to:

Karyl Krug
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711


Respectfully Submitted,

Joseph Hill Cartier,
Petitioner - Pro se.
TDCJ-ID #919319
James V. Allred Unit
2101 F.M. 369 North
Iowa Park, Texas 76367-6568

3.